Fill in this information to identify your case:

United States Bankruptcy Court for the:
CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): _____   Chapter 11

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Purifying Systems, Inc. |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 32-0409017 |
| 4. | Debtor's address | **Principal place of business**<br>1709 West Garvey #7<br>Alhambra, CA 91803<br>Number, Street, City, State & ZIP Code<br><br>Los Angeles<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>(1) 3301 Truxtun Avenue, Bakersfield, CA<br>(2) 4020 Wible Road, Bakersfield, CA 9330_<br>(3) 1050 Dominguez St Carson<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | https://purifyingsystems.com/ |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **Purifying Systems, Inc.**      Case number (if known)
Name

7. **Describe debtor's business**

    A. *Check one:*
    - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    - ☒ None of the above

    B. *Check all that apply*
    - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
    - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
    - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    *Check one:*
    - ☐ Chapter 7
    - ☐ Chapter 9
    - ☒ Chapter 11. *Check all that apply:*
        - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
        - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, and it elects to proceed under Subchapter V of Chapter 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
        - ☐ A plan is being filed with this petition.
        - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
        - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.
        - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule
    - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
    If more than 2 cases, attach a separate list.

    - ☒ No.
    - ☐ Yes.

    | District _____ | When _____ | Case number _____ |
    | District _____ | When _____ | Case number _____ |

Debtor  **Purifying Systems, Inc.**  Case number (if known) _____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____
District _____   When _____
Relationship _____
Case number, if known _____

**11. Why is the case filed in this district?**
Check all that apply:
☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
☒ No
☐ Yes

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)
☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**
Check one:
☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**
☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion

Debtor **Purifying Systems, Inc.**     Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 bi
- ☐ $10,000,000,001 - $50 b
- ☐ More than $50 billion

Debtor **Purifying Systems, Inc.**     Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $1,000,000,001 - $10 bi
- ☐ $10,000,000,001 - $50 b

Debtor    **Purifying Systems, Inc.**    Case number (*if known*)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    11/16/2022
               MM / DD / YYYY

X  /s/ Jaime Magana                          Jaime I. Magana
   Signature of authorized representative of debtor    Printed name

Title    Secretary

**18. Signature of attorney**    X    /s/ Michael Jay Berger          Date    11/16/2022
                                     Signature of attorney for debtor         MM / DD / YYYY

Michael Jay Berger
Printed name

Law Offices of Michael Jay Berger
Firm name

9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212
Number, Street, City, State & ZIP Code

Contact phone    (310) 271-6223    Email address    michael.berger@bankruptcypower.com

100291 CA
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Purifying Systems, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Baker Tilly** 11150 Santa Monica Blvd, Suite 600 Los Angeles, CA 90025 | | **Expert Witness fees** | **Contingent Unliquidated Disputed** | | | $10,000.00 |
| **Bank of America** Attn: Bankruptcy NC4-10 POB 26012 Greensboro, NC 27410 | | **Credit Card** | | | | $75,000.00 |
| **California Department of Tax and Fee Administration** P O Box 942879 Sacramento, CA 94279 | | **Unpaid CA Sales Tax** | | | | $12,800.00 |
| **Callahan & Blaine** 3 Hutton Centre Drive Ninth Floor Santa Ana, CA 92707 | | **Legal fees for trial** | **Disputed** | | | $250,000.00 |
| **Chase** Attn: Bankruptcy Dept. POB 100018 Kennesaw, GA 30156 | | **Credit Card** | | | | $80,000.00 |
| **Chase** Attn: Bankruptcy Dept. POB 100018 Kennesaw, GA 30156 | | **Credit Card** | | | | $50,000.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

| Debtor | **Purifying Systems, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Foremost Insurance Company**<br>**5600 Beech Tree Lande**<br>**Caledonia, MI 49316** | | **Lawsuit for damages** | **Contingent Unliquidated Disputed** | | | **$132,000.00** |
| **General Technologies**<br>**c/o Collection at Law, Inc.**<br>**Attn: Jon O. Blanda, Esq.**<br>**3835 E Thousand Oaks Blvd Ste R-349**<br>**Thousand Oaks, CA 91362** | | **Pending lawsuit for open book account, account stated, goods sold and delivered, unjust enrichment,** | **Contingent Unliquidated Disputed** | | | **$16,327.00** |
| **James Magana, Sr.**<br>**1709 West Garvey Avenue #7**<br>**Alhambra, CA 91803** | | **Loan to Debtor** | | | | **$74,000.00** |
| **Mid-Cal Property Management**<br>**1616 West Mineral King, Suite C**<br>**Visalia, CA 93291** | | **Unpaid rent; vacated the premises in May 2022.** | **Contingent Unliquidated Disputed** | | | **$65,000.00** |
| **OnDeck Capital Client Service Center**<br>**4201 Wilson Blvd., Ste 110-209**<br>**Arlington, VA 22203** | | **Security interest in all of Debtor's present and future accounts, chattel paper, deposit accounts. personal property, assets and fixtures, etc... now** | | **$79,496.55** | **$0.00** | **$79,496.55** |
| **Quick Bridge Funding LLC**<br>**410 Exchange Ste. 150**<br>**Irvine, CA 92602** | | **Business Loan** | | | | **$51,500.00** |
| **Rodger L. Van Fleet and Mary A. Van Fleet, Trustees of the Van Fleet Family Trust**<br>**13106 San Simeon Avenue**<br>**Bakersfield, CA 93314** | | **All of Debtor's right, title, and interest in all assets and related items, both tangible and intangible.** | **Contingent Unliquidated Disputed** | **$142,871.26** | **$0.00** | **$142,871.26** |

| Debtor | **Purifying Systems, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sherri Jobe**<br>c/o Philip W Ganong<br>Ganong Law Office<br>930 Truxtun Avenue, Ste 102<br>Bakersfield, CA 93301-2000 | | **Arbitration for overtime allegations** | **Contingent Unliquidated Disputed** | | | $29,000.00 |
| **U.S. Small Business Administration**<br>c/o Elan S. Levey<br>300 N. Los Angeles Street<br>Fed. Bldg. Rm. 7516<br>Los Angeles, CA 90012 | | **All assets of the Debtor.** | | $530,847.60 | $0.00 | $530,847.60 |
| **Wells Fargo Bank, N.A.**<br>100 W. Washington St., 21st Floor<br>Phoenix, AZ 85003 | | **All Inventory, Chattel Paper, Accounts, Equipment and General tangibles, owned or later acquired with replacements, proceeds, substitutions thereof.** | **Disputed** | $799,000.00 | $0.00 | $622,831.00 |
| **Wells Fargo SBL**<br>PO Box 29482<br>Phoenix, AZ 85038 | | **SBA-backed line of credit** | | | | $97,435.58 |
| **Wesco Insurance**<br>c/o McCarthy, Burgess, Wolff<br>26000 Cannon Rd.<br>Bedford, OH 44146 | | **Insurance premium** | **Disputed** | | | $7,738.41 |
| **Westech Engineering, LLC**<br>c/o Hemar, Rousso & Heald, LLP<br>15910 Ventura Blvd., 12th Floor<br>Encino, CA 91436 | | **All property subject to enforcement of a money judgment against the Debtor.** | **Disputed** | $12,495.03 | $0.00 | $12,495.03 |
| **Yoffe & Cooper, LLP**<br>3713 Highland Ave #2<br>Manhattan Beach, CA 90266 | | **Legal Fees for Van Fleet lawsuit** | **Disputed** | | | $9,000.00 |

# United States Bankruptcy Court
## Central District of California

In re  **Purifying Systems, Inc.**

Debtor(s)

Case No. _____
Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 C

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jaime I. Magana<br>1709 West Garvey Avenue #7<br>Alhambra, CA 91803 | | 80% | |
| Jaime Magana<br>1709 West Garvey Avenue #7<br>Alhambra, CA 91803 | | 20% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSH

I, Jaime I. Magana, the **Secretary** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  11/16/2022

Signature  _/s/ Jaime I. Magana_
Jaime I. Magana

Penalty for making a false statement of concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete n and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real pr included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy R Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in whi debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set fo complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Al any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 197 previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general p of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title o such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, w still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Sch A/B that was filed with any such prior proceeding(s).)

    None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments therec been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each sucl proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whethe pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedu that was filed with any such prior proceeding(s).)

    None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Alhambra , California.

Date: 11/16/2022

Jaime I. Magana
Signature of Debtor 1

Signature of Debtor 2

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Jay Berger<br>9454 Wilshire Boulevard, 6th floor<br>Beverly Hills, CA 90212<br>(310) 271-6223 Fax: (310) 271-9805<br>California State Bar Number: 100291 CA<br>michael.berger@bankruptcypower.com | |

☐ Debtor(s) appearing without an attorney
■ Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

Purifying Systems, Inc.

CASE NO.:
CHAPTER: 11

**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**

[LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __6__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 11/16/2022

Signature of Debtor 1

Date: 11/16/22

Signature of Debtor 2 (joint debtor) (if applicable)

Date: 11/16/2022

/s/Michael Jay Berger

Signature of Attorney for Debtor (if applicable)

Purifying Systems, Inc.
1709 West Garvey #7
Alhambra, CA 91803


Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212


American Business Machines
821 18th Street
Bakersfield, CA 93301


AmTrust North America
800 Superior Avenue E
Cleveland, OH 44114


Assn Company
c/o OnDeck Capital
PO Box 2576
Springfield, IL 62708


Avista
140 Bosstick Blvd. SPC 130
San Marcos, CA 92069


Baker Tilly
11150 Santa Monica Blvd, Suite 600
Los Angeles, CA 90025


Bank of America
Attn: Bankruptcy NC4-10
POB 26012
Greensboro, NC 27410

California Department of Tax and
Fee Administration
P O Box 942879
Sacramento, CA 94279


Callahan & Blaine
3 Hutton Centre Drive Ninth Floor
Santa Ana, CA 92707


Carroll's Tire Warehouse
981 W North Grand
Porterville, CA 93257


Chase
Attn: Bankruptcy Dept.
POB 100018
Kennesaw, GA 30156


Culligan of Seymour
1263 W. Tipton Street
PO Box 964
Seymour, IN 47274


Foremost Insurance Company
5600 Beech Tree Lande
Caledonia, MI 49316


Frank Sciotto
1050 E Dominguez St #F
Carson, CA 90746


General Technologies
c/o Collection at Law, Inc.
Attn: Jon O. Blanda, Esq.
3835 E Thousand Oaks Blvd Ste R-349
Thousand Oaks, CA 91362

Global Aqua
13963 Ramona Ave #E
Chino, CA 91710


Jaime Magana, Jr.
1709 West Garvey Avenue #7
Alhambra, CA 91803


Jaime Magana, Sr.
1709 West Garvey Avenue #7
Alhambra, CA 91803


James Magana, Sr.
1709 West Garvey Avenue #7
Alhambra, CA 91803


James R. Harvey
Belden Blaine Raytis, LLP
c/o Van Fleet Family Trust
5016 California Avenue, Suite 3
Bakersfield, CA 93309


Kern County Tax Collector
1115 Truxtun Ave., 2nd floor
Bakersfield, CA 93301


Markel
PO Box 650028
Dallas, TX 75265-0028


Mid-Cal Property Management
1616 West Mineral King, Suite C
Visalia, CA 93291

OnDeck Capital
Client Service Center
4201 Wilson Blvd., Ste 110-209
Arlington, VA 22203


Pace Analytical
PO Box 684056
Chicago, IL 60690


Pace Supply
PO Box 6407
Rohnert Park, CA 94927


Preferred Pump
5311 Woodmere Drive
Bakersfield, CA 93313


Quick Bridge Funding LLC
410 Exchange Ste. 150
Irvine, CA 92602


Rodger L. Van Fleet and
Mary A. Van Fleet, Trustees of the
Van Fleet Family Trust
13106 San Simeon Avenue
Bakersfield, CA 93314


Sheriff's Department
Los Angeles County
110 N. Grand Ave RM 525
Los Angeles, CA 90012


Sherri Jobe
c/o Philip W Ganong
Ganong Law Office
930 Truxtun Avenue, Ste 102
Bakersfield, CA 93301-2000

Sierra Sanitary Welding Inc.
c/o Acclaim Credit Technologies
227 N West Street
Visalia, CA 93291


Tyson & Mendes
5200 North Palm Avenue, Suite 311
Fresno, CA 93704


U.S. Small Business Administration
c/o Elan S. Levey
300 N. Los Angeles Street
Fed. Bldg. Rm. 7516
Los Angeles, CA 90012


U.S. Small Business Administration
1545 Hawkins Blvd., Suite 202
El Paso, TX 79925


Verizon
PO Box 408
Newark, NJ 07101


Wells Fargo Bank, N.A.
100 W. Washington St., 21st Floor
Phoenix, AZ 85003


Wells Fargo Bank, N.A.
MAC D4004-03A
PO Box 202902
Dallas, TX 75320


Wells Fargo SBL
PO Box 29482
Phoenix, AZ 85038

Wesco Insurance
c/o McCarthy, Burgess, Wolff
26000 Cannon Rd.
Bedford, OH 44146


Westech Engineering, LLC
c/o Hemar, Rousso & Heald, LLP
15910 Ventura Blvd., 12th Floor
Encino, CA 91436


Yoffe & Cooper, LLP
3713 Highland Ave #2
Manhattan Beach, CA 90266


Young Wooldridge, LLP
1800 30th Street 4th Floor
Bakersfield, CA 93301

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Jay Berger (SBN 100291)<br>Law Offices of Michael Jay Beger<br>9454 Wilshire Boulevard, 6th floor<br>Beverly Hills, CA 90212<br>(310) 271-6223 Fax: (310) 271-9805<br>E-mail: Michael.Berger@bankruptcypower.com | |

[✓] Attorney for: Purifying Systems, Inc.

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    Purifying Systems, Inc.<br><br>                                      Debtor(s).<br><br>                                      Plaintiff(s).<br><br><br><br><br>                                      Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: 11<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or mor of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

I, __Jaime I. Magana, Jr._____, the undersigned in the above-captioned case, hereby declare
     (Print Name of Attorney or Declarant)
under penalty of perjury under the laws of the United States of America that the following is true and correct:

[Check the appropriate boxes and, if applicable, provide the required information.]

1. I have personal knowledge of the matters set forth in this Statement because:
   - [✓] I am the president or other officer or an authorized agent of the Debtor corporation
   - [ ] I am a party to an adversary proceeding
   - [ ] I am a party to a contested matter
   - [ ] I am the attorney for the Debtor corporation

2.a. [✓] The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests: *Jaime I. Magana, Jr. holds 80% interest in the Debtor and Jaime Magana, Sr. holds a 20% interest in the Debtor.*

   b. [ ] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: 11/16/2022

By: *Jaime Magana* (Signature of Debtor, or attorney for Debtor)

Name: Jaime I. Magana (Printed name of Debtor, or attorney for Debtor)