| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Jay Berger<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Boulevard, 6th floor<br>Beverly Hills, CA 90212<br>(310) 271-6223  Fax:  (310) 271-9805<br>100291 CA<br>michael.berger@bankruptcypower.com | |
| ☐ Individual appearing without attorney<br>☑ Attorney for Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Purifying Systems, Inc.<br><br><br><br><br><br><br>Debtor. | CASE NO.: 2:22-bk-16301-BR<br><br>CHAPTER: 11<br><br>SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)] |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☑ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☑ Schedule A/B    ☐ Schedule C    ☐ Schedule D    ☑ Schedule E/F    ☐ Schedule G

☐ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)    ☐ Statement of Intentions    ☐ Master Mailing List

☐ Other (specify) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:    12/6/2022

_____
Jaime I. Magana
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015    Page 1    F 1007-1.1.AMENDED.SUMMARY

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Purifying Systems, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **2:22-bk-16301-BR** |

■ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Chase Bank | Checking account | 2391 | $3,955.00 |
| 3.2. | Bank of America | Business Advantage Checking | 2209 | $13,439.99 |
| 3.3. | Bank of America | Business Advantage Savings | 2283 | $0.00 |
| 3.4. | US Bank | Checking account | 1475 | $11,810.00 |
| 3.5. | US Bank | Savings account | 3820 | $608.00 |
| 3.6. | Bank of America | Checking account | 5970 | $0.00 |

4. Other cash equivalents *(Identify all)*

Debtor  **Purifying Systems, Inc.**  Case number *(If known)* **2:22-bk-16301-BR**
        Name

**5. Total of Part 1.** — $29,812.99

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11. Accounts receivable**

| 11a. 90 days old or less: | 30,860.00 face amount | − | 0.00 doubtful or uncollectible accounts | = .... | $30,860.00 |

| 11b. Over 90 days old: | 35,766.00 face amount | − | 0.00 doubtful or uncollectible accounts | = .... | $35,766.00 |

**12. Total of Part 3.** — $66,626.00

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** Raw materials | | | | |
| **20.** Work in progress | | | | |
| **21.** Finished goods, including goods held for resale | | | | |
| **22.** Other inventory or supplies Media ex resin, carbon, GFH, and parts (details are attached) | | $0.00 | | $19,000.00 |

**23. Total of Part 5.** — $19,000.00

Add lines 19 through 22. Copy the total to line 84.

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 2

| Debtor | Purifying Systems, Inc. | Case number (If known) | 2:22-bk-16301-BR |
|---|---|---|---|
| | Name | | |

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

    ■ No. Go to Part 7.
    ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

    ☐ No. Go to Part 8.
    ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>Storage space located at 4020 Wible Road, Bakersfield, CA 93309. Debtor's current inventory, the office equipment and furniture, the office pictures, and workbooks are stored here. | $0.00 | | $3,500.00 |
| | Printers | $0.00 | | $100.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86. | $3,600.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 8: Machinery, equipment, and vehicles

Debtor   **Purifying Systems, Inc.**                                                    Case number *(If known)*  **2:22-bk-16301-BR**
         Name

### 46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. 2015 Chevy Silverado 1500; the truck is in ok condition with appx. 110K | $0.00 | | $9,500.00 |
| 47.2. 2015 Chevy Silverado 2500 work truck; in good condition with appx. 185k miles | $0.00 | | $13,000.00 |
| 47.3. 2012 Chevy Silverado 2500; in poor condition with appx. 175k miles | $0.00 | | $3,000.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Miscellaneous tools | $0.00 | | $1,000.00 |

51. **Total of Part 8.**                                                                                    $26,500.00
    Add lines 47 through 50. Copy the total to line 87.

52. Is a depreciation schedule available for any of the property listed in Part 8?
    ■ No
    ☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
    ■ No
    ☐ Yes

### Part 9:   Real property
**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

### Part 10:   Intangibles and intellectual property
**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                         page 4

Debtor    **Purifying Systems, Inc.**             Case number *(If known)* **2:22-bk-16301-BR**
         Name

60. **Patents, copyrights, trademarks, and trade secrets**

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**
    **Contractor's License**
    **Business License**                        $0.00                            $0.00

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**                                                                  $0.00
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

                                                                                                                                                                                   **Current value of**
                                                                                                                                                                                    **debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)
    **Debtor anticipates receiving $26,000 from the IRS for**
    **2020 Employee Retention Tax Credit refund.**         Tax year **2020**             $26,000.00

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| Debtor | Purifying Systems, Inc. | Case number (If known) 2:22-bk-16301-BR |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| Debtor filed a complaint against Rodger and Mary Van Fleet for Breach of Written Contract, Fraud - Intentional Misrepresentation; Negligent Misrepresentation; Conversion, Violation of Penal Code Section 496; Misappropriation of Trade Secrets, Intentional Interference With Contract, Intentional Interference With Prospective Economic Advantage; Breach of Covenent of Good Faith and Fair Dealing; Declaratory Judgment; and Elder Abuse - Financial (Penal Code Section 368). Case No.: BCV-19-102086. | | Unknown |
| **Nature of claim** | Intentional Misrepresentation, Conversion, Elder Abuse, etc. | |
| **Amount requested** | $0.00 | |

| | | |
|---|---|---|
| Debtor is a Plaintiff, along with its principals, Jaime I. Magana and Jaime Magana in a lawsuit filed against Rodger and Mary Van Fleet for Breach of Written Contract, Fraud, etc... Case No.: BCV-19-102086. Plaintiffs, as prevailing parties, are entitled to recover attorneys' fees from Van Fleets. Amount is unknown at this time. | | Unknown |
| **Nature of claim** | Breach of Written Contract, Fraud, etc... | |
| **Amount requested** | $0.00 | |

75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

76. Trusts, equitable or future interests in property

77. Other property of any kind not already listed *Examples:* Season tickets, country club membership

78. **Total of Part 11.**    $26,000.00

    Add lines 71 through 77. Copy the total to line 90.

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
    ■ No
    ☐ Yes

Debtor   **Purifying Systems, Inc.**                                      Case number *(If known)* **2:22-bk-16301-BR**
         Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $29,812.99 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $66,626.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $19,000.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $3,600.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $26,500.00 | |
| 88. Real property. *Copy line 56, Part 9.* ............> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $26,000.00 | |
| 91. Total. Add lines 80 through 90 for each column | $171,538.99   + 91b. | $0.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $171,538.99 |

**Fill in this information to identify the case:**

Debtor name: **Purifying Systems, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): 2:22-bk-16301-BR

☒ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**California Department of Tax and Fee Administration**<br>**P O Box 942879**<br>**Sacramento, CA 94279**<br><br>Date or dates debt was incurred<br>**7/1/2020 - 3/31/2021**<br><br>Last 4 digits of account number **9017**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Unpaid CA Sales Tax**<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | **$12,800.00** | **$12,800.00** |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**American Business Machines**<br>**821 18th Street**<br>**Bakersfield, CA 93301**<br><br>Date(s) debt was incurred **4/2020**<br>Last 4 digits of account number **n/a** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>Basis for the claim: **Copy machine**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$512.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**AmTrust North America**<br>**800 Superior Avenue E**<br>**Cleveland, OH 44114**<br><br>Date(s) debt was incurred **1/31/2020**<br>Last 4 digits of account number **6038** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>Basis for the claim: **Workers' compensation**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$3,163.36** |

| Debtor | Purifying Systems, Inc. | Case number (if known) | 2:22-bk-16301-BR |
|---|---|---|---|

### 3.3
**Nonpriority creditor's name and mailing address**
Avista
140 Bosstick Blvd. SPC 130
San Marcos, CA 92069

Date(s) debt was incurred  4/2022
Last 4 digits of account number  n/a

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Cleaning membership**

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,200.00**

---

### 3.4
**Nonpriority creditor's name and mailing address**
Baker Tilly
11150 Santa Monica Blvd, Suite 600
Los Angeles, CA 90025

Date(s) debt was incurred  2022
Last 4 digits of account number  n/a

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Expert Witness fees**

Is the claim subject to offset?  ■ No  ☐ Yes

**$10,000.00**

---

### 3.5
**Nonpriority creditor's name and mailing address**
Bank of America
Attn: Bankruptcy NC4-10
POB 26012
Greensboro, NC 27410

Date(s) debt was incurred  2021 - 2022
Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?  ■ No  ☐ Yes

**$75,000.00**

---

### 3.6
**Nonpriority creditor's name and mailing address**
Callahan & Blaine
3 Hutton Centre Drive Ninth Floor
Santa Ana, CA 92707

Date(s) debt was incurred  2022
Last 4 digits of account number  n/a

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Legal fees for trial**

Is the claim subject to offset?  ■ No  ☐ Yes

**$250,000.00**

---

### 3.7
**Nonpriority creditor's name and mailing address**
Carroll's Tire Warehouse
981 W North Grand
Porterville, CA 93257

Date(s) debt was incurred  10/2021
Last 4 digits of account number  n/a

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tires**

Is the claim subject to offset?  ■ No  ☐ Yes

**$2,105.00**

---

### 3.8
**Nonpriority creditor's name and mailing address**
Chase
Attn: Bankruptcy Dept.
POB 100018
Kennesaw, GA 30156

Date(s) debt was incurred  2017 - 2022
Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?  ■ No  ☐ Yes

**$50,000.00**

---

### 3.9
**Nonpriority creditor's name and mailing address**
Chase
Attn: Bankruptcy Dept.
POB 100018
Kennesaw, GA 30156

Date(s) debt was incurred  2021 - 2022
Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?  ■ No  ☐ Yes

**$80,000.00**

---

| Debtor | Purifying Systems, Inc. | Case number (if known) | 2:22-bk-16301-BR |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address**<br>Culligan of Seymour<br>1263 W. Tipton Street<br>PO Box 964<br>Seymour, IN 47274<br>Date(s) debt was incurred  02/2019<br>Last 4 digits of account number  n/a | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Inventory**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,327.11 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>Foremost Insurance Company<br>5600 Beech Tree Lande<br>Caledonia, MI 49316<br>Date(s) debt was incurred  9/2022<br>Last 4 digits of account number  2531 | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:  Lawsuit for damages**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $132,000.00 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>Frank Sciotto<br>1050 E Dominguez St #F<br>Carson, CA 90746<br>Date(s) debt was incurred  2022<br>Last 4 digits of account number  n/a | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Accounting fees**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,000.00 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>General Technologies<br>c/o Collection at Law, Inc.<br>Attn: Jon O. Blanda, Esq.<br>3835 E Thousand Oaks Blvd Ste R-349<br>Thousand Oaks, CA 91362<br>Date(s) debt was incurred  2021<br>Last 4 digits of account number  1307 | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:  Pending lawsuit for open book account, account stated, goods sold and delivered, unjust enrichment,**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $16,327.00 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>Global Aqua<br>13963 Ramona Ave #E<br>Chino, CA 91710<br>Date(s) debt was incurred  1/22<br>Last 4 digits of account number  n/a | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:  Media**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $2,838.00 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>James Magana, Sr.<br>1709 West Garvey Avenue #7<br>Alhambra, CA 91803<br>Date(s) debt was incurred  2021<br>Last 4 digits of account number  n/a | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Loan to Debtor**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $74,000.00 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>Kern County Treasurer-Tax Collector<br>1115 Truxtun Ave., 2nd floor<br>Bakersfield, CA 93301<br>Date(s) debt was incurred  2021 - 2022<br>Last 4 digits of account number  9017 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:  unsecured taxes**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,496.11 |

| Debtor | Purifying Systems, Inc. | Case number (if known) | 2:22-bk-16301-BR |
|---|---|---|---|

### 3.17 Markel
PO Box 650028
Dallas, TX 75265-0028
Date(s) debt was incurred 2021
Last 4 digits of account number 2875

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: Workers' compensation
Is the claim subject to offset? ■ No ☐ Yes

**$4,670.88**

---

### 3.18 Mid-Cal Property Management
1616 West Mineral King, Suite C
Visalia, CA 93291
Date(s) debt was incurred 2/2022 - present
Last 4 digits of account number n/a

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Unpaid rent; vacated the premises in May 2022.
Is the claim subject to offset? ■ No ☐ Yes

**$65,000.00**

---

### 3.19 Pace Analytical
PO Box 684056
Chicago, IL 60690
Date(s) debt was incurred 09/2019
Last 4 digits of account number n/a

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: Lab test
Is the claim subject to offset? ■ No ☐ Yes

**$1,300.00**

---

### 3.20 Pace Supply
PO Box 6407
Rohnert Park, CA 94927
Date(s) debt was incurred 6/2021
Last 4 digits of account number n/a

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: PVC
Is the claim subject to offset? ■ No ☐ Yes

**$3,700.00**

---

### 3.21 Preferred Pump
5311 Woodmere Drive
Bakersfield, CA 93313
Date(s) debt was incurred 10/2021
Last 4 digits of account number n/a

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Pump
Is the claim subject to offset? ■ No ☐ Yes

**$491.61**

---

### 3.22 Quick Bridge Funding LLC
410 Exchange Ste. 150
Irvine, CA 92602
Date(s) debt was incurred 6/2022
Last 4 digits of account number 3471

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Loan
Is the claim subject to offset? ■ No ☐ Yes

**$51,500.00**

---

### 3.23 Sherri Jobe
c/o Philip W Ganong
Ganong Law Office
930 Truxtun Avenue, Ste 102
Bakersfield, CA 93301-2000
Date(s) debt was incurred 2020
Last 4 digits of account number 0GMC

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Arbitration for overtime allegations
Is the claim subject to offset? ■ No ☐ Yes

**$29,000.00**

---

| Debtor | Purifying Systems, Inc. | Case number (if known) | 2:22-bk-16301-BR |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address**<br>Sierra Sanitary Welding Inc.<br>c/o Acclaim Credit Technologies<br>227 N West Street<br>Visalia, CA 93291<br>Date(s) debt was incurred  2018 - 2019<br>Last 4 digits of account number  n/a | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services<br>Is the claim subject to offset? ■ No  ☐ Yes | $5,335.65 |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>Verizon<br>PO Box 408<br>Newark, NJ 07101<br>Date(s) debt was incurred  10/2022<br>Last 4 digits of account number  n/a | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Phone services<br>Is the claim subject to offset? ■ No  ☐ Yes | $2,313.00 |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>Wells Fargo SBL<br>PO Box 29482<br>Phoenix, AZ 85038<br>Date(s) debt was incurred  07/2020<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** SBA-backed line of credit<br>Is the claim subject to offset? ■ No  ☐ Yes | $97,435.58 |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>Wesco Insurance<br>c/o McCarthy, Burgess, Wolff<br>26000 Cannon Rd.<br>Bedford, OH 44146<br>Date(s) debt was incurred  2020<br>Last 4 digits of account number  1682 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Insurance premium<br>Is the claim subject to offset? ■ No  ☐ Yes | $7,738.41 |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>Yoffe & Cooper, LLP<br>3713 Highland Ave #2<br>Manhattan Beach, CA 90266<br>Date(s) debt was incurred  2017<br>Last 4 digits of account number  n/a | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Legal Fees for Van Fleet lawsuit<br>Is the claim subject to offset? ■ No  ☐ Yes | $9,000.00 |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>Young Wooldridge, LLP<br>1800 30th Street 4th Floor<br>Bakersfield, CA 93301<br>Date(s) debt was incurred  2022<br>Last 4 digits of account number  n/a | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Legal Fees related to Jobe case<br>Is the claim subject to offset? ■ No  ☐ Yes | $6,000.00 |

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | Purifying Systems, Inc. | Case number (if known) | 2:22-bk-16301-BR |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Jerry Pearson, Esq.<br>Young Wooldridge<br>1800 30th Street, 4th Street<br>Bakersfield, CA 93301 | Line **3.23**<br>☐ Not listed. Explain ____ | — |
| 4.2 | Kern County Treasurer-Tax Collector<br>PO Box 579<br>Bakersfield, CA 93301 | Line **3.16**<br>☐ Not listed. Explain ____ | — |
| 4.3 | Stratman, Schwartz & Williams Abreg<br>Attn: Lina S. Davidian, Esq.<br>PO Box 248916<br>Oklahoma City, OK 73124-8916 | Line **3.11**<br>☐ Not listed. Explain ____ | — |
| 4.4 | Tyson & Mendes<br>5200 North Palm Avenue, Suite 311<br>Fresno, CA 93704 | Line **3.11**<br>☐ Not listed. Explain ____ | — |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|   |   | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 12,800.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 984,453.71 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 997,253.71 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**

A true and correct copy of the foregoing document entitled (*specify*): **Summary of Amended Schedules, Master Mailing List, and or Statements** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **12/9/2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Proposed Counsel: Michael Jay Berger michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Interested Party: Jeffrey W Broker    jbroker@brokerlaw.biz
SubChapter V Trustee: Gregory Kent Jones (TR) gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
U.S. Trustee: Ron Maroko ron.maroko@usdoj.gov
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Counsel for Wells Fargo: Edward J Miller    emiller@fabozzimillerlaw.com, dsandoval@fabozzimillerlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) ____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/9/2022 | **Peter Garza** | **/s/ Peter Garza** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                Page 2                                                F 1007-1.1.AMENDED.SUMMARY