| | |
|---|---|
| Edward J. Miller  (SB#244091)<br>William S. Sarrus  (SB#101322)<br>FABOZZI & MILLER, APC.<br>38975 Sky Canyon Drive, Suite 104<br>Murrieta, CA 92563<br>Telephone:  (951)296-1775<br>Facsimile:  (951)296-1776<br>Attorneys for Creditor Wells Fargo Bank, N.A. | **FILED & ENTERED**<br><br>AUG 18 2023<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY fortier    DEPUTY CLERK |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>PURIFYING SYSTEMS, INC.,<br><br>Debtor and Debtor-In-Possession, | Case No.: 2:22-BK-16301-BR<br><br>Chapter 11 (Subchapter V)<br><br>ORDER DISMISSING CHAPTER 11 (SUBCHAPTER V) CASE WITH A 180 DAY BAR TO REFILING<br><br>DATE:    August 8, 2023<br>TIME:    10:00 A.M.<br>PLACE:  Courtroom 1668<br>              United States Bankruptcy Court<br>              255 East Temple Street<br>              Los Angeles, CA 90012 |

    At that above-captioned date, time and place, the Court held a hearing on the *Motion to Confirm Debtor's Subchapter V Chapter 11 Plan of Reorganization* ("Motion") made by Debtor and Debtor-In-Possession PURIFYING SYSTEMS, INC. ("Debtor").  Sofya Davytan appeared for Debtor.  Gregory K. Jones appeared for the United States Trustee.  William S. Sarrus

appeared on behalf of Secured Creditor Wells Fargo Bank, N.A.  Sean A. O'Keefe appeared on behalf of Secured Creditor Callahan & Blaine, APC.

After the Court's review of the pleadings filed on this matter, and hearing oral arguments of the parties, and good cause having been found,

IT IS ORDERED that:

1. The above-captioned Chapter 11 Subchapter V case of Purifying Systems, Inc., Debtor and Debtor-In-Possession is dismissed:
2. The automatic stay is vacated; and
3. Purifying Systems, Inc. is barred for a period of 180 days following entry of this Order from filing another case under Title 11 of the United States Code.

###

Date: August 18, 2023

*Barry Russell*
Barry Russell
United States Bankruptcy Judge